# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
        vs. ) **Docket Number:** 2:05CR-00206-01-FCD
)
LARRY WASHINGTON )
)

**LEGAL HISTORY:**

On June 23, 2000, the above-named was placed on Supervised Release, in the Eastern District of Missouri, for a period of Five (5) years, which commenced on May 26, 2004. Jurisdiction was transferred to Your Honor on May 25, 2005. Special conditions included a requirement for substance abuse testing and counseling.

**SUMMARY OF COMPLIANCE:**

Larry Washington has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Washington has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     **Larry WASHINGTON**
        **Docket Number:   2:05CR00206-01**
        **RECOMMENDATION TERMINATING**
        **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                                Respectfully submitted,


                                /s/Glenn P. Simon
                                **Glenn P. Simon**
                                **United States Probation Officer**

Dated:      July 6, 2007
            Sacramento, California
            gps

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                   **Kyriacos M. Simonidis**
                   **Supervising United States Probation Officer**

gps
cc:   AUSA   (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.    ) | Docket Number:  2:05CR00206-01 |
| ) | |
| LARRY WASHINGTON ) | |
| ) | |

On June 23, 2000, the above-named was placed on supervised release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**

Dated:    July 31, 2007
Sacramento, California
GPS/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

July 31, 2007
**Date**

**FRANK C. DAMRELL, JR.**
**United States District Judge**

Attachment:  Recommendation
cc:    United States Attorney's Office